# EXHIBIT A

**h3h3 Productions' Videos In the HDVILA-100M Data Set:**

- Pepsi Saves the World
- Making Music with Post Malone
- Shootin' With iDubbbz
- jerk that meat boy - ft. ainsley harriott
- The Human Mail Challenge is Stupid
- This Weird Toy Channel is Freaky
- We're Being Sued
- Prank Invasion Starts WW3
- WE WON THE LAWSUIT!
- YouTube Might Make Your Favorite Channel Disappear
- Is PewDiePie a Racist?
- EXPERIMENT Glowing 1000 degree KNIFE ft iDubbbzTV
- Don't Go to VidCon (Ft. Logan Paul & Instagram Model)
- Healthy at Every Size
- Trying Weird Gold Products
- Pranks in the Hood
- h3h3productions Reacts to Mean Comments on Reddit
- Zucc Gets Roasted
- Beach Pranks with Ethan Slamberry
- Feeding the Homeless h3h3 reaction video
- The Real Life 34 Year Old Virgin
- We're at an Important Crossroad in our Lives
- YouTube's New Program is Horrible
- hiphop exe has stopped working
- Jake Paul Ruins Los Angeles
- WE'RE IN PAYDAY 2!!
- Hila's Biggest Regret (#askh3)
- What is this AMAZING Tech Product?
- Sold to the Highest Bidder
- Meme Themed Disser Slam Dunks Ex
- CNN reports
- MY GIRL IS LEAVING ME FOR THIS GUY
- Wiping
- IN RESPONSE TO SOFLO
- Alison Gold - Chinese Food
- THE SOFLO FACEBOOK RANT
- Become a Living God
- VitalyzdTv
- We Meet DJ Khaled
- Steve Harvey Pranks Miss Universe
- We Used to be Drug Dealers
- Who I'm Voting for President re: Casey Neistat
- Ubuntu causes girl to drop out of college
- Why Doesn't YouTube Explain Anything?!

- THE PEWDIEPIE ROAST
- Punk Rocker
- .exe teaser trailer
- THE FINE BROS RANT
- Your Privacy is at Risk
- h3h3productions Q&A 2015 (appreciate ya!)
- YouTube is Not Being Honest with Us
- Ethan Joins a 90s Boy Band
- Why is this Video on the TRENDING Tab???
- CNN Broadcasts Hardcore Porn for 30 Minutes Straight
- HOW TO MAKE MODERN ART
- Lube Up
- When Texting turns to Sexting
- A News Report
- Toy Channels are Ruining Society
- Cameron Carpenter, the Organ God
- Deception, Lies, and CSGO
- It's Time to Stop
- How Does A Homeless Man Spend $100?
- Save Marina Joyce Parody
- The Dangers of Social Media (Boys Edition!)
- 100 LAYERS OF SHIRTS
- Eviction I (Part 2 of 3)
- Fat Idiot Gains 100 Pounds At Costco
- VAPE NAYSH YALL
- Reading Mean Comments with my Parents
- We Take a DNA Test
- Ethan's Corner - Facebook
- First Asian Kiss (Hila Reaction)
- This Baby Syringe Channel is DISTURBING
- JonTron Ruins our Day
- The High Life (Monetized)
- How to get a Date on Tinder
- WHAT ARE THESE PRANKSTERS DOING?!
- A New Chapter for Fair Use on YouTube
- The Return of Patrice Wilson
- h3h3 prank call: Flowers.com helps me pick out flowers
- THESE GLASSES CURED OUR COLOR BLINDNESS! FT. iDubbbzTV
- Eviction I (Part 3 of 3)
- Enema Tutorial
- done with that exe
- THE TAI LOPEZ CONSPIRACY
- Driving 450 mph in a Lamborghini
- In Love With A Car
- Everyone Needs to Stop Getting TRIGGERED
- The Power of Diamond Water

- Let's Get Social 2014
- Eviction I (Part 1 of 3)
- The Greatest YouTuber of ALL TIME
- THE DJ KHALED DOCUMENTARY
- Hila Gets ROASTED
- america exe
- FUNNIEST MOMENTS
- Fat Idiot Gets Lost in the Mojave Desert
- Backstage with Post Malone
- DJ Khaled - How Many Times ft. Chris Brown, Lil Wayne
- jesus exe
- Here in My Garage with Tai Lopez
- Nuclear Fallout - Keemstar
- forever rekt
- The God of Cringe
- WEARING 200 SHIRTS IN THE GROCERY STORE
- will.i.am
- 100 LAYERS OF BEANIES
- Shrek
- Let's Talk About It
- How to pick up girls
- The Dangers of Social Media
- The Worst Movie Ever Made (Part 1)
- Dr. Klein
- The Return of SOFLO
- Two Handed Great Sword
- How to Dispute a Strike -- DMCA Process Explained
- The Worst Movie Ever Made (Part 2)
- sand that wood boy (edgy)
- Fitness Crunch Time
- .exe teaser trailer #2
- Goodbye New York
- Papa John
- SoFloAntonio's Facebook Page
- True Animal Love
- Coughs 'n Flops
- Best Cure for Hemorrhoids
- My Horrifying Proposal Story
- How To Lose Your Life's Savings w Cryptocurrency
- Interview with Casey Neistat
- ExpertVillage
- Doctor Who - Season 86 Recap - Spoiler Alert
- H3H3 BALL RIDER
- Nature Valley Rediscover Nature
- I'm the Best. PERIOD.
- Jake Paul & RiceGum Promote Gambling To Kids

- Lube Up 2 - 2 lubed 4 u
- The Return of Prank Invasion
- Ethan Fights a Blind Guy
- Newt Gingrich is really puzzled
- Girl virtually assaulted in GTA V
- Best of 2014
- Leave Ken Bone Alone!
- PrankInvasion
- We Owe you Guys an Explanation...
- My Epic Collab With Pewdiepie!!
- The Sea Monsters of YouTube - H3H3
- Jontron and Ethan share a Papa John Pizza

**h3h3 Productions' Videos In the HD-VG-130M Data Set:**

- Beach Pranks with Ethan Slamberry
- hiphop exe has stopped working
- This Weird Toy Channel is Freaky
- Shootin' With iDubbbz
- Beach Pranks with Ethan Slamberry
- Pranks in the Hood
- Pepsi Saves the World
- Sold to the Highest Bidder
- Don't Go To VidCon (Ft. Logan Paul & Instagram Model)
- Prank Invasion Starts WW3
- What is this AMAZING Tech Product?
- EXPERIMENT Glowing 1000 degree KNIFE ft iDubbbzTV
- hiphop exe has stopped
- Is PewDiePie a Racist?
- Zucc Gets Roasted
- The Human Mail Challenge is Stupid
- We Used to be Drug Dealers
- Zucc Gets Roasted
- Hila Gets ROASTED
- My Epic Collab With Pewdiepie!!
- I'm the Best. PERIOD.
- forever rekt
- The High Life (Monetized)
- 100 LAYERS OF SHIRTS
- Meme Themed Disser Slam Dunks Ex
- CNN reports
- done with that exe
- Eviction I (Part 3 of 3)
- Driving 450 mph in a Lamborghini
- Fat Idiot Gains 100 Pounds At Costco
- This Baby Syringe Channel is DISTURBING

- Wiping
- Nature Valley Rediscover Nature
- How to pick up girls
- Alison Gold - Chinese Food -
- Who I'm Voting for President re: Casey Neistat
- Ethan Joins a 90s Boy Band
- VAPE NAYSH YALL
- DJ Khaled - How Many Times ft. Chris Brown, Lil Wayne -- h3h3 reaction video
- MY GIRL IS LEAVING ME FOR THIS GUY
- Lube Up
- Punk Rocker
- Fitness Crunch Time
- We Owe you Guys an Explanation...
- Reading Mean Comments with my Parents
- Leave Ken Bone Alone!
- THE SOFLO FACEBOOK RANT
- Newt Gingrich is really puzzled
- THE TAI LOPEZ CONSPIRACY
- Ubuntu causes girl to drop out of college
- I'm the Best. PERIOD.
- The Return of SOFLO
- Shrek
- Ethan Fights a Blind Guy
- The Dangers of Social Media
- DJ Khaled - How Many Times ft. Chris Brown, Lil Wayne
- Enema Tutorial
- How To Lose Your Life's Savings w Cryptocurrency
- How to get a Date on Tinder
- CNN Broadcasts Hardcore Porn for 30 Minutes Straight
- VitalyzdTv
- WEARING 200 SHIRTS IN THE GROCERY STORE
- When Texting turns to Sexting
- A News Report
- Why Doesn't YouTube Explain Anything?!
- How to Dispute a Strike -- DMCA Process Explained
- sand that wood boy (edgy)
- Steve Harvey Pranks Miss Universe
- .exe teaser trailer #2 [Monetized]
- 100 LAYERS OF BEANIES
- .exe teaser trailer
- THE DJ KHALED DOCUMENTARY
- The Dangers of Social Media (Boys Edition!)
- Hila Gets ROASTED
- Papa John
- Papa John
- VitalyzdTv

- 100 LAYERS OF SHIRTS
- THE DJ KHALED DOCUMENTARY
- Alison Gold - Chinese Food
- How To Lose Your Life's Savings w Cryptocurrency
- THE SOFLO FACEBOOK RANT
- Ethan Fights a Blind Guy
- The Dangers of Social Media

**h3h3 Productions' Videos In the HOWTO100M Data Set:**

- Pranks in the Hood
- This Weird Toy Channel is Freaky
- Feeding the Homeless
- It's Time to Stop Lance Stewart
- EXPERIMENT Glowing 1000 degree KNIFE ft iDubbbzTV
- How to Clean Your Gamer Gear
- We Meet Tai Lopez
- "Educational" Videos on YouTube
- The Real Life 34 Year Old Virgin
- The Human Mail Challenge is Stupid
- Shootin' With iDubbbz
- 4 Looks You Need This Summer
- THE TAI LOPEZ CONSPIRACY
- Enema Tutorial
- THESE GLASSES CURED OUR COLOR BLINDNESS! FT. iDubbbzTV
- HOW TO MAKE MODERN ART
- Jontron and Ethan share a Papa John Pizza
- Fortnite Is Ruining Society
- SoFloAntonio
- How to Make a YouTube Vlog (ft. iDubbbz)
- we're pregnant
- This Baby Syringe Channel is DISTURBING
- 100 LAYERS OF SHIRTS
- True Animal Love

**H3 Podcast Highlights' Videos In the HDVILA-100M set:**

- KFC Needs To Chill
- Jake Paul Is Spreading Covid & Doesn't Care
- Defending John McCain
- LA Mayor Turns Off Power To TikTok House & Arrests
- Vsauce3 On True Happiness
- Ethan Klein Reviews ProJared Memes
- H3H3 On Creepy Children's PSA
- How Much Money to Retire? w/ Chris D'Elia
- Skippy the Virgin & His Bellybutton Lint Collection

- Tai Lopez Gets Pranked On the H3 Podcast
- Papa John Is Coming On The H3 Podcast!
- Bill Wurtz On Editing His Videos
- R. Kelly Has "Hands-On" Experience with Fans
- Hila Returns Her Green Card & Rises From The Ashes Like A Phoenix
- Is Steve-O Scared of Death?
- Shoenice Nearly Chokes & Passes Out On Live Interview
- Ethan Klein On the Joe Rogan/Bernie Sanders Controversy
- What Is The Greatest Meme Of The Decade?
- The Reporter Slip Up Of The Century
- Post Malone shares release date of 'Beerbongs & Bentleys'
- President Trump Calls Into the H3 Podcast
- H3H3 On Ethan Bradberry
- Will Smith's Family Ends Shane Dawson's Whole Career On Twitter
- Logan Paul Fan Calls In to Demand Apology
- Jordan Peterson On Importance Of Reading
- How Much Does Casey Neistat Make For a Sponsor?
- Grandma Slammed By Police
- Vsauce3 On Leaving Beme
- The One Thing That Made All The Difference In My Life
- Hila Demands iDubbbz Shave His Mustache
- Ethan's Harrowing Bathroom Story
- Newspeople Try to Talk like Kids
- Jordan Peterson Takes a Fat Vape Hit On the H3 Podcast
- Parents Stealing Candy On Halloween
- Ethan Klein On Trisha Paytas' Wedding
- Gus Johnson Takes Romantic Baths By Himself
- Dr Disrespect Banned From Twitch
- The Greatest Show On TV Right Now (Ft. Ethan Klein, Jacksfilms, Commentetiquette)
- H3H3 Negotiates Peace Between SoFlo and Joey Salads
- Is the Prince Family Actually Family-Friendly?
- Ethan & Hila On Pete Davidson
- Is Being with a Robot Cheating?
- Videogames Are Destroying Society
- Papa John On His Obamacare Controversy
- New Half-Life Announced And Ethan Is Euphoric
- Ethan Klein Reviews James Charles Memes
- Twitch Streamer with "God Complex"
- World Records That Shouldn't Exist
- iDubbbzTV On the Process of Preparing a Content Cop
- MKBHD On AI Singularity
- Sean Evans Talks "Hot Ones The Game Show" on TruTv
- H3H3 Reacts to Logan Paul's Song 'Hero'
- She Dumped In The Garden ....
- Is Oliver Tree Retiring?
- H3H3 On Kevlar Backpacks

- Sean Evans' Philosophy On Interviewing
- Tattoos So Bad You'll Wonder If Humanity Was A Mistake
- Whitney Cummings is a Horse Lady
- Manipulative Google Superbowl Ad Can Suck It
- We Throw An H3H3 Is Over Party!
- Dr Films & Dances with Passed Out Patients
- H3 Vs Goop
- H3H3 Declares War On James Charles
- Tim Dillon Rants About Ellen Degenerate
- Terrible Kickstarter: Portable Bidet
- Who is the Green Shirt Guy?
- Should We Let The Airlines Go Out Of Business?
- I Waited 10 Hours to Play WoW & Got Disconnected
- Joe Biden's Brain is Melting
- Begging For Twitch Subs Goes Wrong
- Ethan Klein On The Hype House
- Logic On Forcing Positivity
- Is MrBeast's 20mil Tree Project A Scam?
- Whoopi Goldberg Victim Shames Bella Thorne
- Kavanaugh's Boof
- The Amazon Rainforest is On Fire & Nobody Cares
- Ethan Fires Ian The Intern Over Gift Card Scandal
- H3 On Gucci Blackface Sweater
- Area 51 & Aliens Debunked
- Can Someone Explain This Meme To Us?
- Celebrity ASMR ft Gibi ASMR
- Jordan Peterson On The Channel 4 Interview
- Where In the World Has Belle Delphine Gone?
- Ninja Breaks World Record at Vegas Event
- Hila Sends the News: Baby Wipes Banned
- Papa John Sues Papa John's
- Joey Salads Recalls the Time He Peed In His Own Mouth On Camera
- Trisha Paytas On How Much She Makes From "Premium" Content
- James Charles' $500 Meet & Greet is Absurd
- Tom Segura Worked With Jared Fogle
- Ethan & William Need Their Carers
- 1000's Of Penises Wash Up On California Shore
- Post Malone and H3H3 React To Sad YouTube Videos
- Dunkey and Leah's Engagement Story
- Tim Heidecker On Influencing Comedians
- Lance Stewart Breakup Cringe
- Jordan Peterson Analyzes H3H3
- What Does It Mean to Be A Vsauce?
- Gus Johnson Has His First Anxiety Attack
- Bernie Sanders Twitch Streaming Disaster
- The Most Wholesome Show On Netflix

- Ninja On the Future of E-Sports
- PewDiePie Hits 100 Million & We're All Doomed
- KFC Ruins the H3 Podcast
- Why Is Shaq In Every Commercial?
- Ethan Bradberry Revisits His Signature Catchphrase
- Creepy Army Recruitment Tactics On Twitch
- Papa John Must Sponsor H3H3 Or Else
- Burning Man Is A Nightmare - Ethan Klein & All Gas No Brakes
- Lil Nas X Accused of Being a Satanist
- Bill Burr On the Vegan Cookie Monster
- Harley Morenstein Takes a Fat Vape Hit On the H3 Podcast
- Millionaire Preacher Gets Called Out
- Teddy Fresh Summer Collection
- UMG is Ruining Youtube
- Will Wal-Mart Buy TikTok? - Ethan Klein & Danny Gonzalez
- Would You Help A Friend Bury A Body?
- H3H3 on Garth Brooks the Cringe God
- Shane vs Logan Paul
- Oliver Tree Brings Gifts For Ethan & Hila
- The Greatest YouTuber You've Never Heard Of
- Old Creepy Bill Cosby Clip
- WoW Classic Almost Ruined Our Marriage
- Why Bo Burnham Made Eighth Grade
- H3H3 On Post Malone Airplane Incident/VMAs
- H3H3 On Devastation of Wild Fires
- Baby Theodore Update
- H3H3 Watches The Worst Opening Pitch Ever Thrown
- Tenacious D On Their Big Break
- Trisha Paytas is a Man
- Fox News Plays H3H3 Clip
- Bobby Lee On Having To Tone Down His Behavior
- The Quartering Thinks Cartoons Aren't Hot Enough
- Is Chloroquine A Good Treatment For Coronavirus? Dr. Eric Ding Explains
- Tenacious D On the Impending Apocalypse
- Papa John's Is A House Of Cards According To Founder Papa John
- H3 Reviews "The Mandalorian" On Disney+
- The All Powerful Feeding-Window Results In Mega Weightloss
- Handing Out Free Masks Makes People Very Angry
- Do You Smell Your Own Farts?
- Hila's Dad Disowns Ethan For Wearing Socks and Sandals
- Celebrities Trolled By Moronic Instagram Prank
- H3 Podcast Hits 2,000,000 Subscribers
- H3H3 On Tana Mongeau
- Cathy Newman Thought She Won The Debate
- Tim Heidecker's Proudest Moment
- Justin Roiland Calls a Psychic

- Ethan Defends Mobility Mary (Trigger Warning)
- H3H3 On Michael Cohen GoFundMe
- Ethan Klein On Billie Eilish
- Jack Black On Eric Andre Show Appearance
- Bobby Lee Exposed For Intentionally Crashing Our Gatsby
- Ethan Klein On Tyler the Creator's Grammy Speech
- Gal Gadot Cringefest
- Jordan Peterson On His Soviet Art Collection
- Onision Striked Down Our Segment About Him
- This Video Has 27,000,000 Views
- Thank you YouTube - H3 Podcast | Ethan Klein
- Marc Rebillet - Keemstar Freestyle - H3 PODCAST LIVE!
- Papa John Blows Ethan's Mind With His Pizza Eating Skills
- Ethan Klein On Justin Trudeau Blackface Scandal
- How To Take A Compliment Ft. Theo Von
- Know Your Meme ft. RunForTheCube
- Steve Harvey Ruins Ms. Universe AGAIN
- H3H3 On GayGod "Tasting Himself"
- Ghost Stories with Oliver Tree
- Why Does Danny Gonzalez Call His Fans Greg? - H3 Podcast
- Philip DeFranco On Getting a Vasectomy
- Ethan Klein On The New Star Wars Sneak Peak
- Hila Klein On Feminism
- H3H3 On No Nut November
- We May Be Entering Another Copyright Lawsuit
- Ethan Klein On The Tesla Cybertruck
- Steve-O Almost Went to Jail For 8 Years
- Is James Charles Guilty of TikTok Cringe?
- Ethan Responds to the Worst YouTube Apology
- TI Tries To Correct The Record On Being The Worst Dad Ever
- Kanye Handing Out Yeezys In Uganda
- New Subway Ad Ruined My Life
- Ethan Klein On Dr DisRespect's Massive Return Stream
- Arnold Schwarzenegger's Cringetastic Rap Career
- Bobby Lee Destroys Our $3500 Mobility Scooter
- This Banana Sold For $120,000 As Art
- Salt Bae Can't Cook
- H3H3 On Logan Paul vs KSI
- Shoenice Eats Raw Bacon & Survives
- Wendy Williams Rips Ass On Live TV
- H3H3 On Hack Journalist
- Banksy Shreds Art After $1M Sale
- Sean Evans Shares Wisdom On Online Hate
- Ethan Makes Contact With Papa John
- Ghost Stories with Dr DisRespect
- Zach did WHAT on a hike?

- #MAGAChallenge Is A Loss For Humanity
- Ethan No Longer Wipes Himself
- DJ Khaled Bombs at Overwatch League
- Women Who Loves Horses Have Issues
- Salt Bae Needs Cooking Lessons
- Bert Kreischer On Quicksand Sinkers
- Mr Beast On Working with the Right People
- Kim Kardashian Promotes James Charles' Controversial Merch
- Tim Dillon Rants About Hillary Clinton
- Reviewing Joe Biden Memes
- Origins Of The Papa John's Name
- Tom Segura On Losing Weight
- Ethan Dons the Coughing Beanie
- Ethan Bradberry Checks Into an Insane Asylum
- H3H3 Reacts to Woman Faceplanting During Proposal
- Cody Ko on Jake Paul
- Can You Pass A U.S. Citizenship Test?
- This Preacher May Actually Be A Goblin
- Cody Ko On Girl Defined
- H3H3 Gets A Strike During Alex Jones Segment
- Ethan Klein Eats A Putrid Mayo Cake
- Wendy Williams Gives Me The Creeps
- Johnny Depp Cringe Overdose
- Scooter People Are a Danger to Our Children
- Trisha On Her Marriage To Brad Pitt Cut-Out
- Security Guard Caught Sniffing Ass At The Gym
- H3H3 Reacts To Logan Paul's Santa Diss Track
- Alligator Mukbang Extinguishes the Last Light of My Soul
- Belle Delphine Wins Most Clickbaited Award
- The Hot Ones Hall Of Shame - Who Failed To Finish?
- This Man Gave The Pope Pizza
- PUBG Creator On Why It Took 3 Months To Add Vaulting
- Know Your Meme Ft. Joey Salads
- Pope Brutally Shuts Down Ring Kissers
- What Is Logan Paul Up To?
- Reacting to the Basement Family Story
- H3H3 Reacts To A Deaf Ninja Warrior Cringe
- All Gas No Brakes on Septic Tank Explosion & Spraying Poop On Other Cars
- Parents Evict 30 Year Old Mall Ninja
- Ethan Klein On My 600 Pound Life
- Papa John's Hilarious Instagram Stories
- People Who Wear This Should Be Banished From Society
- Did Logic REALLY Retire?
- Deadmau5 Catches Fan Flying Drone Over His House
- Frick One, Marry One, End One (Michael Jackson, Chris Brown, R Kelly)
- Sean Evans On Interviewing Ricky Gervais

- Cameraman Ruins Movie Premiere at Cannes
- Guess Who Is Going To Jail...
- Crocs x KFC Is The Worst Shoe Ever Made
- Tim Heidecker On Alex Jones
- Is Takeout Food Safe During Quarantine? Dr. Eric Ding Explains
- FBI Agent Drops His Piece While Dancing
- We Must Stop These Robots
- Jacksfilms On Youtube Burnout
- YouTube Declares War On Copyright Trolls
- H3 On Logan Paul vs KSI Part 2
- Breaking Down the Appeal of Pitbull
- Papa John On The New Papadia
- Trisha Paytas Thinks Egypt Doesn't Exist
- Are Humans Inherently Evil? Ft. Vsauce
- Logic On Meeting Eminem
- Pickup Artist Gets Slammed On H3 Podcast
- Bill Burr On Podcasting
- Will TikTok Succeed Where Vine Failed? - Cody Ko & Ethan Klein
- Jacksepticeye On Fan Fiction
- Ethan Klein on Australian Fires (ft. jacksfilms & commentetiquette)
- California Frees Pot Smokers
- Tom Segura Loves Bidets
- H3H3 Had His Face Shoved In A Cake
- We Spent $3500 On a Scooter
- Trisha Paytas Doesn't Know Where Antarctica Is
- Hila's Epic Post Office Story
- OJ Simpson Kills It On Twitter
- Terrifying Fire Escape Caught On Video
- H3H3 On X-Factor Groping
- Know Your Meme Ft. VideoGameDunkey
- Interview With The Legendary Roll Patrol
- Is the New Sonic CGI Better Or Worse?
- R. Kelly- Do You Have Your Passport (Remix)
- Ethan Klein is Joining the Area 51 Invasion
- Should Keemstar Be Deplatformed?
- Ethan Klein Meets Eric Andre & Nathan Fielder
- Dunkey Describes His Vision For An Adult Swim Show
- Ethan Klein & Gus Johnson On Reddit
- Ethan Klein On Faze Jarvis Lifetime Ban
- Kevin Spacey's Terrifying Christmas Video - (Ft. Ethan Klein, Jacksfilms, Comment Etiquette)
- Eric Andre Predicted The End Of COPS TV
- The Green Goblin Joins the French Army
- Andrew Yang Was Right; Trump Considering Giving All Americans $1000
- Ethan Klein On Count Dankula Going to Prison
- Dunkey and Leah Describe Working with a Significant Other

- Taylor Swift Travels Inside Suitcase to Avoid Paparazzi
- Kyle the Cougar Champ Writes H3H3 a Letter

**H3 Podcast Highlights' Videos In the HD-VG-130M Data Set:**

- PUBG Creator On Why It Took 3 Months To Add Vaulting
- The All Powerful Feeding-Window Results In Mega Weightloss
- Trisha Paytas Thinks Egypt Doesn't Exist
- H3H3 Negotiates Peace Between SoFlo and Joey Salads
- The Green Goblin Joins the French Army
- Ghost Stories with Oliver Tree
- Dr Films & Dances with Passed Out Patients
- Know Your Meme ft. RunForTheCube
- Parents Evict 30 Year Old Mall Ninja
- H3H3 Reacts To A Deaf Ninja Warrior Cringe
- Philip DeFranco On Getting a Vasectomy
- Why Does Danny Gonzalez Call His Fans Greg? - H3 Podcast
- Kyle the Cougar Champ Writes H3H3 a Letter
- Kim Kardashian Promotes James Charles' Controversial Merch
- Wendy Williams Rips Ass On Live TV
- How To Take A Compliment Ft. Theo Von
- Tim Heidecker On Alex Jones
- Ethan Klein On Billie Eilish
- Cathy Newman Thought She Won The Debate
- Will Wal-Mart Buy TikTok? - Ethan Klein & Danny Gonzalez
- H3H3 On X-Factor Groping
- Trisha Paytas On How Much She Makes From "Premium" Content
- How Much Does Casey Neistat Make For a Sponsor?
- Who is the Green Shirt Guy?
- Parents Stealing Candy On Halloween
- KFC Ruins the H3 Podcast
- Ethan & Hila On Pete Davidson
- What Does It Mean to Be A Vsauce?
- H3H3 Had His Face Shoved In A Cake
- YouTube Declares War On Copyright Trolls
- Ethan Bradberry Revisits His Signature Catchphrase
- Ethan Klein On Faze Jarvis Lifetime Ban
- Eric Andre Predicted The End Of COPS TV
- Did Logic REALLY Retire?
- Joe Biden's Brain is Melting
- We Throw An H3H3 Is Over Party!
- Papa John Is Coming On The H3 Podcast!
- Wendy Williams Gives Me The Creeps
- What Is The Greatest Meme Of The Decade?

- Bert Kreischer On Quicksand Sinkers
- H3H3 Gets A Strike During Alex Jones Segment
- Why Bo Burnham Made Eighth Grade
- Jordan Peterson On The Channel 4 Interview
- Salt Bae Needs Cooking Lessons
- Tom Segura On Losing Weight
- All Gas No Brakes on Septic Tank Explosion & Spraying Poop On Other Cars
- Pope Brutally Shuts Down Ring Kissers
- 1000's Of Penises Wash Up On California Shore
- Know Your Meme ft. RunForTheCube
- H3H3 Declares War On James Charles
- Zach did WHAT on a hike?
- New Subway Ad Ruined My Life
- The Greatest YouTuber You've Never Heard Of
- Jordan Peterson Analyzes H3H3
- Kevin Spacey's Terrifying Christmas Video - (Ft. Ethan Klein, Jacksfilms, Comment Etiquette)
- Ethan Klein & Gus Johnson On Reddit
- Jordan Peterson On His Soviet Art Collection
- WoW Classic Almost Ruined Our Marriage
- Can Someone Explain This Meme To Us?
- Grandma Slammed By Police
- Celebrities Trolled By Moronic Instagram Prank
- H3H3 On Tana Mongeau
- UMG is Ruining Youtube
- H3H3 On Ethan Bradberry
- Ethan Klein On Tyler the Creator's Grammy Speech
- Ethan Dons the Coughing Beanie
- Onision Striked Down Our Segment About Him
- Is MrBeast's 20mil Tree Project A Scam?
- Ethan Klein Reviews James Charles Memes
- Ethan Klein On The Hype House
- This Man Gave The Pope Pizza
- Cody Ko on Jake Paul
- Tim Dillon Rants About Ellen Degenerate
- TI Tries To Correct The Record On Being The Worst Dad Ever
- H3H3 Declares War On James Charles
- Is the New Sonic CGI Better Or Worse?
- FBI Agent Drops His Piece While Dancing
- R. Kelly Has "Hands-On" Experience with Fans
- Post Malone and H3H3 React To Sad YouTube Videos
- Jacksepticeye On Fan Fiction
- Celebrity ASMR ft Gibi ASMR
- Tom Segura Loves Bidets

- Jordan Peterson Takes a Fat Vape Hit On the H3 Podcast
- H3 Reviews "The Mandalorian" On Disney+
- Bobby Lee On Having To Tone Down His Behavior
- The One Thing That Made All The Difference In My Life
- H3H3 On No Nut November
- Scooter People Are a Danger to Our Children
- Ethan No Longer Wipes Himself
- Breaking Down the Appeal of Pitbull
- Lance Stewart Breakup Cringe
- Ethan Klein Eats A Putrid Mayo Cake
- Will Smith's Family Ends Shane Dawson's Whole Career On Twitter
- Trisha Paytas is a Man
- Tenacious D On the Impending Apocalypse
- Bobby Lee Exposed For Intentionally Crashing Our Gatsby
- President Trump Calls Into the H3 Podcast
- Vsauce3 On True Happiness
- Pickup Artist Gets Slammed On H3 Podcast
- Gal Gadot Cringefest
- Area 51 & Aliens Debunked
- Frick One, Marry One, End One (Michael Jackson, Chris Brown, R Kelly)
- Hila Klein On Feminism
- Skippy the Virgin & His Bellybutton Lint Collection
- Tai Lopez Gets Pranked On the H3 Podcast
- All Gas No Brakes on Septic Tank Explosion & Spraying Poop On Other Cars
- Bill Burr On the Vegan Cookie Monster
- Sean Evans Shares Wisdom On Online Hate
- Marc Rebillet - Keemstar Freestyle - H3 PODCAST LIVE!
- Whitney Cummings is a Horse Lady
- Manipulative Google Superbowl Ad Can Suck It
- Crocs x KFC Is The Worst Shoe Ever Made
- Papa John Is Coming On The H3 Podcast!
- What Is Logan Paul Up To?
- Did Logic REALLY Retire?
- Kanye Handing Out Yeezys In Uganda
- Ethan Klein On Trisha Paytas' Wedding
- TI Tries To Correct The Record On Being The Worst Dad Ever
- Reviewing Joe Biden Memes
- Tim Heidecker On Alex Jones
- Deadmau5 Catches Fan Flying Drone Over His House
- Millionaire Preacher Gets Called Out
- Cameraman Ruins Movie Premiere at Cannes
- Kanye Handing Out Yeezys In Uganda
- Ghost Stories with Oliver Tree
- Why Does Danny Gonzalez Call His Fans Greg? - H3 Podcast

- Ethan Klein On My 600 Pound Life
- H3H3 Reacts To A Deaf Ninja Warrior Cringe
- Pope Brutally Shuts Down Ring Kissers
- H3H3 Reacts to Woman Faceplanting During Proposal
- Wendy Williams Gives Me The Creeps
- Papa John's Hilarious Instagram Stories
- Can You Pass A U.S. Citizenship Test?
- Cody Ko On Girl Defined
- Tim Dillon Rants About Ellen Degenerate
- We Throw An H3H3 Is Over Party!
- FBI Agent Drops His Piece While Dancing
- Papa John's Hilarious Instagram Stories
- Philip DeFranco On Getting a Vasectomy
- James Charles' $500 Meet & Greet is Absurd
- Harley Morenstein Takes a Fat Vape Hit On the H3 Podcast
- How To Take A Compliment Ft. Theo Von
- Tim Heidecker On Influencing Comedians
- R. Kelly Has "Hands-On" Experience with Fans
- This Banana Sold For $120,000 As Art
- Joe Biden's Brain is Melting

**H3 Podcast Highlights' Videos In the HOWTO100M Data Set:**

- Terrifying Fire Escape Caught on Video.