# EXHIBIT B

**Mr. ShortGame Golf's Videos In the HDVILA-100M Data Set:**

- How To Build a Golf Hitting Net Golf Swing Net
- The Golf Swing You Must Have for the Sand!

**Mr. ShortGame Golf's Video In the HD-VG-130M Data Set:**

- How To Build a Golf Hitting Net Golf Swing Net

**Mr. ShortGame Golf's Videos In the HowTo100M Data Set:**

- How To Build a Golf Hitting Net Golf Swing Net
- The Golf Swing You Must Have for the Sand!
- Golf Drill To Help Shorten Your Swing
- The Top 2 Short Game Golf Tips