# EXHIBIT C

**Golfholics' Videos In the HDVILA-100M Data Set:**

- CAME DOWN TO THE LAST HOLE! - OAKS NORTH GOLF COURSE PART 2
- 3 CLUB CHALLENGE! - OAKS NORTH GOLF COURSE PART 1
- BATTLE GOLF VS THE DEL NORTE GOLF TEAM! RANCHO BERNARDO INN
- TWO PAR SAVES FROM POSITION F! PART 2
- THIS COURSE BRINGS US TO OUR KNEES - TORREY PINES PART 2
- WELCOME TO GOLF HEAVEN! - OLYMPIC CLUB PART 1
- WELCOME TO THE KINGDOM AT TAYLORMADE
- IT'S TIME TO MAKE A COMEBACK!
- THE EXTRAVAGANT BIG HORN GOLF CLUB PART 1
- BEST ROUND OF MY LIFE! / VERRADO GOLF CLUB PART 3
- THE EXTRAVAGANT BIG HORN GOLF CLUB ADD THAT TO THE HIGHLIGHT REEL PART 2
- GOLF PRACTICE TIMELAPSE GOLF COURSE DRONE SHOTS GOLF VLOG 5
- COACH IS GOING FOR THE PAR 5 IN TWO!  PART 2
- CAN'T MISS ON THIS PAR 3! - TORREY PINES NORTH PART 3
- GOLF COURSE VLOG WITH TAYLOR CUSACK PART 1
- HOW TO THROW A GOLF CLUB TO PERFECTION! - TORREY PINES NORTH PART 2
- MAKING PUTTS FROM EVERYWHERE! - SAN DIEGO COUNTRY CLUB PART 2
- TIME FOR SOME BIRDIES! - CALABASAS COUNTRY CLUB PART 2
- GRINDING OUT THE LAST 6 HOLES - SAN DIEGO COUNTRY CLUB PART 3
- CADDIES ALWAYS HAVE THE BEST STORIES GRAND DEL MAR²
- LEFTY DRIVER FITTING AT FUJIKURA GOLF / MARKO
- MIKE CHIPS IN FOR BIRDIE! - THE GRAND GOLF CLUB // PART 2
- SCGA PRACTICE ROUND / LAKESIDE GOLF CLUB / PART I
- FIVE SHOTS YOU'LL FOREVER REMEMBER AT PEBBLE BEACH!
- OCEAN VIEWS ON EVERY HOLE AT GRAND WAILEA! / PART 1
- GOLF CLUB OF CALIFORNIA / GUYS VS GIRLS / PART 1
- SLOW MO BUNKER SHOTS ARE THE BEST! - LOMAS SANTA FE // PART 1
- THE PUTTS START DROPPING! - MADERAS GOLF CLUB // PART 2
- PUTTING IS THE KEY TO GOING LOW!
- SPYGLASS HILL IS A SPECIAL PLACE! / MY FAVORITE COURSE FOR SURE!
- GUYS VS GIRLS // PARIS & HALEY CAMERA TAKEOVER!
- STRIPE SHOW AT SHADOWRIDGE GOLF CLUB
- EVERY MISS WILL COST YOU HERE - THE GRAND GOLF CLUB // PART 1
- SCAREDY CAT DON'T GET FAT - SPYGLASS HILL PART 2
- MY TURN TO DOMINATE! - MADERAS GOLF CLUB PART 1
- PLAYING ONE OF OUR FAVORITE GOLF GAMES!
- PLAYING WITH PETER FINCH BAY HILL CHARGER
- FINALLY SOME BIRDIES! - VIRGINIA COUNTRY CLUB PART 4
- MARKO HITS THE PAR 5 IN TWO! ALISO VIEJO COUNTRY CLUB
- I'LL GIVE YOU $1000 IF YOU MAKE THIS PUTT!

- THE MOMENTUM CHANGES! - THE FARMS GOLF CLUB PART 3
- VERRADO GOLF CLUB FOUNDERS COURSE BEST COURSE IN THE WEST VALLEY?
- WHO IS THE NEW GUEST ON THE CHANNEL? PARIS BRINGS A RINGER!
- THIS GOLF COURSE ROCKS! SO DOES ALISA DIOMIN!
- LAYING UP IS NOT AN OPTION! GUYS VS GIRLS
- JC IS USING POWER AND FINESSE TO GO LOW! PART 2
- HOW TO HIT A BUNKER SHOT PART 3
- FINALLY, THE PUTTS ARE GOING IN! - PASATIEMPO PART 2
- PREPPING FOR THE SCGA AMATEUR
- WITB WITH COACH & PARIS  TOP PUTTING TIPS FROM PARIS!
- DRIVER OFF THE DECK! - BEAR CREEK PART 2
- WE ARE LOVING THE BACK 9 AT PACIFIC DUNES!
- OUCH, THAT HURT! - SANTALUZ CLUB // PART 2
- COACH LIKES THIS COURSE MORE THAN PEBBLE BEACH! / HALF MOON BAY / PART 1
- MIKE TRIED THE TAYLORMADE TP5'S AND... PART 1
- MIKE HOLES OUT FROM 50 YARDS! - ALISO VIEJO COUNTRY CLUB // PART 3
- 10 BEST GOLF SHOTS FOR NOVEMBER 2018!
- ANDREW & B MAKE A LITTLE COMEBACK! PART 2
- SINKING TWO BOMBS FROM DISTANCE! PART 2
- CAN COACH QUALIFY FOR THE CAL STATE AMATEUR?
- THIS GOLF COURSE IS NO WALK IN THE PARK! COURSE VLOG 2/3
- WELCOME TO CAPITAL CITY CLUB CRABAPPLE COURSE PART 1

**Golfholics' Videos In the HD-VG-130M Data Set:**

- COACH LIKES THIS COURSE MORE THAN PEBBLE BEACH! HALF MOON BAY/PART 1
- PLAYING ONE OF OUR FAVORITE GOLF GAMES!
- SLOW MO BUNKER SHOTS ARE THE BEST! - LOMAS SANTA FE PART 1
- THE EXTRAVAGANT BIG HORN GOLF CLUB ADD THAT TO THE HIGHLIGHT REEL PART 2
- THE PUTTS START DROPPING! - MADERAS GOLF CLUB PART 2
- TWO PAR SAVES FROM POSITION F! PART 2
- THIS COURSE BRINGS US TO OUR KNEES - TORREY PINES PART 2
- LAYING UP IS NOT AN OPTION! GUYS VS GIRLS
- JC IS USING POWER AND FINESSE TO GO LOW! Part 2
- SINKING TWO BOMBS FROM DISTANCE! PART 2
- COACH IS GOING FOR THE PAR 5 IN TWO! PART 2
- TIME FOR SOME BIRDIES! - CALABASAS COUNTRY CLUB PART 2
- LEFTY DRIVER FITTING AT FUJIKURA GOLF MARKO
- SPYGLASS HILL IS A SPECIAL PLACE! MY FAVORITE COURSE FOR SURE!
- MIKE HOLES OUT FROM 50 YARDS! - ALISO VIEJO COUNTRY CLUB PART 3

- 10 BEST GOLF SHOTS FOR NOVEMBER 2018!
- COACH IS GOING FOR THE PAR 5 IN TWO! PART 2
- OUCH, THAT HURT! - SANTALUZ CLUB PART 2
- THE EXTRAVAGANT BIG HORN GOLF CLUB PART 1
- GUYS VS GIRLS//PARIS & HALEY CAMERA TAKEOVER!
- MY TURN TO DOMINATE! - MADERAS GOLF CLUB PART 1
- FINALLY SOME BIRDIES! - VIRGINIA COUNTRY CLUB PART 4
- OCEAN VIEWS ON EVERY HOLE AT GRAND WAILEA! PART 1
- GOLF CLUB OF CALIFORNIA/GUYS VS GIRLS PART 1
- PLAYING WITH PETER FINCH/BAY HILL CHARGER
- GOLF PRACTICE TIMELAPSE + GOLF COURSE DRONE SHOTS GOLF VLOG 5
- IT'S TIME TO MAKE A COMEBACK!
- SCGA PRACTICE ROUND LAKESIDE GOLF CLUB/ PART 1
- MY TURN TO DOMINATE! - MADERAS GOLF CLUB PART 1
- PLAYING WITH PETER FINCH/BAY HILL CHARGER
- JC IS USING POWER AND FINESSE TO GO LOW! Part 2
- SINKING TWO BOMBS FROM DISTANCE! PART 2
- IT'S TIME TO MAKE A COMEBACK!
- GOLF PRACTICE TIMELAPSE GOLF COURSE DRONE SHOTS GOLF VLOG 5
- THIS COURSE BRINGS US TO OUR KNEES - TORREY PINES PART 2
- FINALLY SOME BIRDIES! - VIRGINIA COUNTRY CLUB PART 4
- TWO PAR SAVES FROM POSITION F! PART 2