| Attorney or Party without Attorney: <br> Rom Bar-Nissim (SBN 293356) <br> HEAH BAR-NISSIM LLP <br> 1801 Century Park East Suite 2400 <br> Los Angeles, CA 90067 <br> Telephone No: 310.432.2836 <br> Attorney For: Plaintiffs | Ref. No. or File No.: <br> TED V NVIDIA | For Court Use Only |
|---|---|---|

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

*Plaintiff:* TED ENTERTAINMENT, INC.; ET AL
*Defendant:* NVIDIA CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:25-cv-10287-EJD |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Proposed Summons; Class Action Complaint; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order For Civil Cases; Standing Order for All Judges of the Northern District of California, Contents of Joints Case Management Statement

3. a. Party served:     Nvidia Corporation
   b. Person served:   Alex Jenkins, Authorized Employee, CSC Lawyers Inc., Agent for Service of Process Authorized to Accept, served under F.R.C.P. Rule 4.

4. Address where the party was served:   2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Dec 05 2025 (2) at: 10:43 AM

6. **Person Who Served Papers:**
   a. Michael Morris (2012-33, Sacramento)                    d. **The Fee** for Service was: $312.17
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

12/05/2025
(Date)                                                                                 (Signature)



PROOF OF SERVICE

14722256
(17568879)