1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 5:25-cv-10287-EJD <br><br> [PROPOSED] **ORDER GRANTING STIPULATED REQUEST TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER** <br><br> Judge: Hon. Edward J. Davila <br> Complaint Filed: November 26, 2025 <br><br> **\* AS MODIFIED \*** |

1  Having read and considered the Stipulated Request Pursuant to Civil Local Rules 6-1 and
2  6-2 to Enlarge Time to Respond to Plaintiffs' Complaint and to Change Time and Amend the
3  Scheduling Order, it is approved, and the following is adopted as the revised schedule for this case:

| Case Management Event | Deadline/Date |
|---|---|
| Deadline to Respond to Complaint | 2/09/26 |
| Deadline to file ADR Certification | 03/05/2026  ~~3/26/26~~ |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 03/05/2026  ~~3/26/26~~ |
| Deadline to make initial disclosures | 03/19/2026  ~~4/2/26~~ |
| Deadline to file Joint Case Management Statement. | 03/13/2026  ~~4/2/26~~ |
| Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA | March 26, 2026, at 10:00 a.m.  ~~4/9/26~~ |

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

Date: December 18, 2025

Honorable Edward J. Davila
United States District Judge