1  **HOGAN LOVELLS US LLP**
   Vassi Iliadis (Bar No. 296382)
2  1999 Avenue of the Stars
   Suite 1400
3  Los Angeles, CA 90067
   Telephone: (310) 785-4600
4  Facsimile: (310) 785-4601
   vassi.iliadis@hoganlovells.com
5
   Lauren B. Cury (*pro hac vice*)
6  Anna Kurian Shaw (*pro hac vice*)
   555 13th Street NW
7  Washington, DC 20004
   Telephone: (202) 637-5600
8  Facsimile: (202) 637-5710
   lauren.cury@hoganlovells.com
9  anna.shaw@hoganlovells.com

10 *Attorneys for Defendant*
   *NVIDIA Corporation*

**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-90067
Facsimile: (310) 785-4601

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice application forthcoming*)
JEllzey@EKSM.com
Tom Kherkher (*pro hac vice application forthcoming*)
TKherkher@EKSM.com
Leigh S. Montgomery (*pro hac vice application forthcoming*)
LMontgomery@EKSM.com
Natischa Volpe (*pro hac vice application forthcoming*)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363

*Attorneys for Plaintiffs*
*TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc., each individually and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, Inc., MATT FISHER, AND GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:25-CV-10287-EJD-SVK<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER**<br><br>[LOCAL RULES 6-1, 6-2]<br><br>Judge: Honorable Edward J. Davila<br>Courtroom: 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

1   Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Ted Entertainment, Inc. et al.
2   ("Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by
3   and through their counsel, hereby stipulate to enlarge the time within which Defendants are required
4   to answer or otherwise respond to Plaintiffs' Complaint, and submit this stipulated request to
5   change time and amend the Scheduling Order (ECF 5, as modified by ECF 18) as follows:

6   WHEREAS, on November 26, 2025, Plaintiffs filed their complaint against NVIDIA (ECF
7   1, "Complaint");

8   WHEREAS, on December 4, 2025, the Court entered an Initial Case Management
9   Scheduling Order with ADR Deadlines (ECF 5);

10   WHEREAS, on December 5, 2025, NVIDIA was served with the Summons and a copy of
11   the Complaint (ECF 6);

12   WHEREAS, on December 18, the Parties stipulated to an extension of NVIDIA's deadline
13   to answer or otherwise respond to the Complaint, and requested certain associated extensions of
14   the dates set by the Initial Case Management Scheduling Order (ECF 15);

15   WHEREAS, that same day, the Court granted the Parties' stipulation as modified, extending
16   NVIDIA's deadline to respond, and amending the Scheduling Order (ECF 18);

17   WHEREAS, in light of scheduling issues that have arisen for its counsel, NVIDIA has
18   requested, and Plaintiffs have agreed, to a further two week extension of NVIDIA's deadline to
19   respond to the Complaint;

20   WHEREAS, in connection with this extension of time to respond, the Parties have agreed
21   to an extension of the dates set by the Scheduling Order as modified, as well as the briefing schedule
22   and hearing on NVIDIA's anticipated Motion to Dismiss;

23   NOW, THEREFORE, pursuant to Local Rules 6-1 and 6-2, the Parties stipulate and request,
24   subject to the Court's approval, that the following deadlines and dates be enlarged and otherwise
25   modified as follows:

1

STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER
CASE NO. 5:25-CV-10287-EJD-SVK

| **Case Management Event** | **Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline to Respond to Complaint | 2/9/26 | 2/23/26 |
| Plaintiffs' Deadline to Respond to NVIDIA's Anticipated Motion to Dismiss | -- | 3/23/26 |
| NVIDIA's Deadline to Reply In Support of Motion to Dismiss | -- | 4/9/26 |
| Hearing on NVIDIA's Motion to Dismiss | 3/26/2026 at 9:00 AM | 4/23/2026 at 9:00 AM |
| Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA | 2/26/2026 at 10:00 AM | 4/23/2026 at 10:00 AM |

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Vassi Iliadis setting forth (1) the reasons for the requested enlargement of time; (2) all previous time modifications in this case; and (3) the effect of the requested enlargement of time. A proposed order is also submitted herewith.

WHEREFORE, the Parties jointly request that the time in which NVIDIA is required to respond to Plaintiffs' Complaint be enlarged 14 days to February 23, 2026, with the associated enlargements of the case schedule detailed herein.

**IT IS SO STIPULATED.**

2

STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER
CASE NO. 5:25-CV-10287-EJD-SVK

| | |
|---|---|
| Dated: February 6, 2026 | Respectfully submitted, |
| | **HOGAN LOVELLS US LLP** |
| | By: */s/ Lauren Cury* <br> Vassi Iliadis (Bar No. 163450) <br> 1999 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 785-4600 <br> Facsimile: (310) 785-4601 <br> vassi.iliadis@hoganlovells.com |
| | Lauren B. Cury (*pro hac vice*) <br> Anna Kurian Shaw (*pro hac vice*) <br> 555 13th Street NW <br> Washington, DC 20004 <br> Telephone: (202) 637-5600 <br> lauren.cury@hoganlovells.com <br> anna.shaw@hoganlovells.com |
| | *Attorneys for Defendant* <br> *NVIDIA CORPORATION* |
| Dated:  February 6, 2026 | **HEAH BAR-NISSIM LLP** |
| | By: */s/ Rom Bar-Nissim* <br> Rom Bar-Nissim (Bar No. 293356) <br> Rom@HeahBarNissim.com <br> 1801 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 432-90067 <br> Facsimile: (310) 785-4601 |
| | **ELLZEY KHERKHER SANFORD MONTGOMERY LLP** |
| | Jarrett Lee Ellzey (*pro hac vice application forthcoming*) <br> JEllzey@EKSM.com <br> Tom Kherkher (*pro hac vice application forthcoming*) <br> TKherkher@EKSM.com <br> Leigh S. Montgomery (*pro hac vice application forthcoming*) <br> LMontgomery@EKSM.com <br> Natischa Volpe (*pro hac vice application forthcoming*) <br> NVolpe@EKSM.com <br> 4200 Montrose Street, Suite 200 <br> Houston, TX 77006 <br> Telephone: (713) 244-6363 |

3

*Attorneys for Plaintiffs*
*TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc., each individually and on behalf of all others similarly situated*

4

STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER
CASE NO. 5:25-CV-10287-EJD-SVK

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated:  February 6, 2026                         */s/ Lauren Cury*
                                                 Lauren Cury

5

STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER
CASE NO. 5:25-CV-10287-EJD-SVK