**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5710
lauren.cury@hoganlovells.com
anna.shaw@hoganlovells.com

*Attorneys for Defendant*
*Nvidia Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, Inc., MATT FISHER, AND GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:25-CV-1027-EJD-SVK<br><br>**DECLARATION OF VASSI ILIADIS IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER**<br><br>Judge: Honorable Edward J. Davila<br>Courtroom: 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

I, Vassi Iliadis, declare as follows:

1. I am a partner at Hogan Lovells and attorney of record for Defendant NVIDIA Corporation ("NVIDIA") in this case, and I am licensed to practice in the State of California and this Court. I am competent to testify to the matters set forth in this declaration, and if called to do so, I would and could so testify. I submit this declaration in support of the Parties' Stipulated Request to Enlarge Time to Respond to Plaintiffs' Complaint and to Change Time and Amend the Scheduling Order (the "Stipulation").

2. NVIDIA was served with process in this action on December 5, 2025. ECF 6.

3. Following that service, on December 18, the Parties stipulated to an extension of NVIDIA's deadline to answer or otherwise respond to the Complaint, and requested certain associated extensions of the dates set by the Initial Case Management Scheduling Order.

4. That same day, the Court granted the Parties' stipulation as modified, extending NVIDIA's deadline to respond, and amending the Scheduling Order.

5. Since that time, and due to scheduling issues that have arisen for NVIDIA's counsel, the Parties have stipulated to a further 14 day extension of NVIDIA's deadline to respond to the Complaint.

6. The parties have likewise agreed upon a proposed briefing schedule for NVIDIA's anticipated Motion to Dismiss, which proposed schedule briefly extends both the opposition and reply periods, and which schedule is reflected in the Stipulation.

7. Because the extended deadlines require adjustment of the date currently set for the hearing on NVIDIA's Motion to Dismiss, the Parties have proposed a revised date for that hearing, subject to Court availability.

8. The only other time modifications in this case to date have been those set forth in ECF 18, granting, as modified, the Parties' prior stipulation. Other than as set forth in the Stipulation, the requested enlargement would have no effect on the schedule for the case.

2

DECLARATION OF VASSI ILIADIS IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER; CASE NO. 5:25-CV-1027-EJD-SVK

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Los Angeles, California, this 6 day of February, 2026.

Dated: February 6, 2026

                                                  */s/ Vassi Iliadis*

                                                  Vassi Iliadis

DECLARATION OF VASSI ILIADIS IN SUPPORT OF STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER; CASE NO. 5:25-CV-1027-EJD-SVK