**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-10287-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATED REQUEST TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** ~~AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER~~<br><br>Judge: Hon. Edward J. Davila<br>Complaint Filed: November 26, 2025<br><br>**\* AS MODIFIED \*** |

Having read and considered the Stipulated Request Pursuant to Civil Local Rules 6-1 and 6-2 to Enlarge Time to Respond to Plaintiffs' Complaint and to Change Time and Amend the Scheduling Order, it is approved, and the following is adopted as the revised schedule for this case, with all other dates unchanged:

| Case Management Event | Proposed Deadline |
|---|---|
| Deadline to Respond to Complaint | 2/23/26 |
| Plaintiffs' Deadline to Respond to NVIDIA's Anticipated Motion to Dismiss | 3/23/26 |
| NVIDIA's Deadline to Reply In Support of Motion to Dismiss | 4/9/26 |
| ~~Hearing on NVIDIA's Motion to Dismiss~~ | ~~4/23/2026 at 9:00 AM~~ |
| ~~Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA~~ | ~~4/23/2026 at 10:00 AM~~ |

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.** Counsel shall comply with the Court's Scheduling Notes and Standing Order for Civil Cases and contact the Courtroom Deputy in advance of any motion filing to reserve a motion hearing date.

Date:  February 9, 2026

_____

Honorable Edward J. Davila
United States District Judge

[~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO ENLARGE TIME TO RESPOND TO PLAINTIFFS' COMPLAINT AND TO CHANGE TIME AND AMEND THE SCHEDULING ORDER; CASE NO. 5:25-cv-10287-EJD