| | |
|---|---|
| **HOGAN LOVELLS US LLP**<br>Vassi Iliadis (Bar No. 296382)<br>1999 Avenue of the Stars<br>Suite 1400<br>Los Angeles, CA 90067<br>Telephone: (310) 785-4600<br>Facsimile: (310) 785-4601<br>vassi.iliadis@hoganlovells.com<br><br>Lauren B. Cury (*pro hac vice*)<br>Anna Kurian Shaw (*pro hac vice*)<br>555 13th Street NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5710<br>lauren.cury@hoganlovells.com<br>anna.shaw@hoganlovells.com<br><br>*Attorneys for Defendant*<br>*Nvidia Corporation* | **HEAH BAR-NISSIM LLP**<br>Rom Bar-Nissim (Bar No. 293356)<br>Rom@HeahBarNissim.com<br>1801 Century Park East, Suite 2400<br>Los Angeles, CA 90067<br>Telephone: (310) 432-90067<br>Facsimile: (310) 785-4601<br><br>**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**<br>Jarrett Lee Ellzey (*pro hac vice application forthcoming*)<br>JEllzey@EKSM.com<br>Tom Kherkher (*pro hac vice application forthcoming*)<br>TKherkher@EKSM.com<br>Leigh S. Montgomery (*pro hac vice application forthcoming*)<br>LMontgomery@EKSM.com<br>Natischa Volpe (*pro hac vice application forthcoming*)<br>NVolpe@EKSM.com<br>4200 Montrose Street, Suite 200<br>Houston, TX 77006<br>Telephone: (713) 244-6363<br><br>*Attorneys for Plaintiffs*<br>*TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc., each individually and on behalf of all others similarly situated* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, Inc., MATT FISHER, AND GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:25-CV-10287-EJD-SVK<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY RULE 26 DEADLINES**<br><br>[LOCAL RULES 6-1, 6-2]<br><br>Judge: Honorable Edward J. Davila<br>Courtroom: 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

1  Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Ted Entertainment, Inc. et al.
2  ("Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by
3  and through their counsel, hereby stipulate to modify the deadlines associated with Federal Rule of
4  Civil Procedure 26 ("Rule 26") and amend the Scheduling Order (ECF 5, as modified by ECF 18),
5  as follows:
6  WHEREAS, on November 26, 2025, Plaintiffs filed their Complaint in this action (ECF 1);
7  WHEREAS, on February 23, 2026, NVIDIA filed a Motion to Dismiss that Complaint (ECF
8  23);
9  WHEREAS, in response to NVIDIA's Motion to Dismiss, Plaintiffs intend to file a First
10  Amended Complaint;
11  WHEREAS, both Parties anticipate NVIDIA will move to dismiss Plaintiffs' First
12  Amended Complaint, including for the reasons set forth in the accompanying Declaration of Vassi
13  Iliadis;
14  WHEREAS, for purposes of efficiency and in an effort to facilitate a more meaningful Rule
15  26 conferral, the Parties conferred and agreed to modify the existing Rule 26 deadlines to allow for
16  completion of briefing on such Motion to Dismiss before the Parties engage in Rule 26 discussions;
17  WHEREAS, it is the intention of the Parties to extend the deadline to confer in accordance
18  with Federal Rule of Civil Procedure 26(f) until 30 days after the close of such briefing, with both
19  Parties reserving their right to seek a stay of discovery thereafter;
20  NOW, THEREFORE, pursuant to Local Rules 6-1 and 6-2, the Parties stipulate and request,
21  subject to the Court's approval, that the following deadlines and dates be modified as follows:

| **Case Management Event** | **Deadline** | **Proposed Deadline** |
|---|---|---|
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)) | 3/5/2026 | 5/20/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)) | 3/19/2026 | 6/3/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the | 3/13/2026 | 6/3/2026 |

| | | |
|---|---|---|
| Northern District of California) | | |
| Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA | 3/26/2026 at 10:00 AM | 6/25/2026 at 10:00 AM |

The Parties agree that should the Motion to Dismiss briefing period be expanded, the Parties will jointly request a concomitant extension of the above deadlines to accommodate such briefing.

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Vassi Iliadis setting forth (1) the reasons for the requested modifications; (2) all previous time modifications in this case; and (3) the effect of the requested modification. A proposed order is also submitted herewith.

WHEREFORE, the Parties jointly request that the above-listed Rule 26 deadlines be modified as set forth herein.

**SUBJECT TO COURT APPROVAL, IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: March 10, 2026 | Respectfully submitted, |
| | **HOGAN LOVELLS US LLP** |
| | By: */s/ Lauren Cury* <br> Vassi Iliadis (Bar No. 163450) <br> 1999 Avenue of the Stars, Suite 1400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 785-4600 <br> Facsimile: (310) 785-4601 <br> vassi.iliadis@hoganlovells.com |
| | Lauren B. Cury (*pro hac vice*) <br> Anna Kurian Shaw (*pro hac vice*) <br> 555 13th Street NW <br> Washington, DC 20004 <br> Telephone: (202) 637-5600 <br> lauren.cury@hoganlovells.com <br> anna.shaw@hoganlovells.com |
| | *Attorneys for Defendant* <br> *NVIDIA CORPORATION* |
| Dated:  March 10, 2026 | **HEAH BAR-NISSIM LLP** |
| | By: */s/ Jarrett Ellzey* <br> Rom Bar-Nissim (Bar No. 293356) <br> Rom@HeahBarNissim.com <br> 1801 Century Park East, Suite 2400 <br> Los Angeles, CA 90067 <br> Telephone: (310) 432-90067 <br> Facsimile: (310) 785-4601 |
| | **ELLZEY KHERKHER SANFORD MONTGOMERY LLP** |
| | Jarrett Lee Ellzey (*pro hac vice application forthcoming*) <br> JEllzey@EKSM.com <br> Tom Kherkher (*pro hac vice application forthcoming*) <br> TKherkher@EKSM.com <br> Leigh S. Montgomery (*pro hac vice application forthcoming*) <br> LMontgomery@EKSM.com <br> Natischa Volpe (*pro hac vice application forthcoming*) <br> NVolpe@EKSM.com <br> 4200 Montrose Street, Suite 200 <br> Houston, TX 77006 <br> Telephone: (713) 244-6363 |

|   |   |
|---|---|
| 1 | *Attorneys for Plaintiffs* |
| 2 | *TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc., each individually and on* |
| 3 | *behalf of all others similarly situated* |

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated:  March 10, 2026                           */s/ Lauren Cury*
                                                                  Lauren Cury