**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5710
lauren.cury@hoganlovells.com
anna.shaw@hoganlovells.com

*Attorneys for Defendant*
*Nvidia Corporation*

**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-90067
Facsimile: (310) 785-4601

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice application forthcoming*)
JEllzey@EKSM.com
Tom Kherkher (*pro hac vice application forthcoming*)
TKherkher@EKSM.com
Leigh S. Montgomery (*pro hac vice application forthcoming*)
LMontgomery@EKSM.com
Natischa Volpe (*pro hac vice application forthcoming*)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363

*Attorneys for Plaintiffs*
*TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc., each individually and on behalf of all others similarly situated*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, Inc., MATT FISHER, AND GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:25-cv-10287-EJD<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO MODIFY DEADLINES**<br><br>[LOCAL RULES 6-1, 6-2]<br><br>Judge: Honorable Edward J. Davila<br>Courtroom: 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Ted Entertainment, Inc. et al. ("Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by and through their counsel, hereby stipulate to modify the case deadlines and amend the Scheduling Order (ECF 5, as modified by ECF 18 and 29), as follows:

WHEREAS, on November 26, 2025, Plaintiffs filed their Complaint in this action (ECF 1);

WHEREAS, on February 23, 2026, NVIDIA filed a Motion to Dismiss that Complaint (ECF 23);

WHEREAS, in response to NVIDIA's Motion to Dismiss, Plaintiffs filed a First Amended Complaint (ECF 30);

WHEREAS, NVIDIA intends to move to dismiss Plaintiffs' First Amended Complaint, which Motion to Dismiss is currently due on March 30, 2026 (Fed.R.Civ.P. 15(a)(3));

WHEREAS, in light of travel obligations, the Parties conferred and agreed to enlarge NVIDIA's deadline to file its Motion to Dismiss until April 6, 2026;

WHEREAS, pursuant to their Stipulation to Modify Rule 26 Deadlines (ECF 28), the Parties likewise agree to a concomitant extension of those Rule 26 deadlines to accommodate the extended briefing schedule;

NOW, THEREFORE, pursuant to Local Rules 6-1 and 6-2, the Parties stipulate and request, subject to the Court's approval, that the following deadlines and dates be modified as follows:

| Case Management Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline for NVIDIA to respond to Plaintiffs' First Amended Complaint | 3/30/2026 | 4/6/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)) | 5/20/2026 | 5/27/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)) | 6/3/2026 | 6/10/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the | 6/3/2026 | 6/10/2026 |

2

| Northern District of California) | | |
| --- | --- | --- |

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Vassi Iliadis setting forth (1) the reasons for the requested modifications; (2) all previous time modifications in this case; and (3) the effect of the requested modification.  A proposed order is also submitted herewith.

WHEREFORE, the Parties jointly request that the above-listed deadlines be modified as set forth herein.

**SUBJECT TO COURT APPROVAL, IT IS SO STIPULATED.**

Dated: March 30, 2026

Respectfully submitted,

**HOGAN LOVELLS US LLP**

By: */s/ Lauren Cury*
Vassi Iliadis (Bar No. 163450)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
lauren.cury@hoganlovells.com
anna.shaw@hoganlovells.com

*Attorneys for Defendant*
*NVIDIA CORPORATION*

3

Dated:  March 30, 2026

**HEAH BAR-NISSIM LLP**

By: */s/ Rom Bar-Nissim*
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-90067
Facsimile: (310) 785-4601

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**

Jarrett Lee Ellzey (*pro hac vice application forthcoming*)
JEllzey@EKSM.com
Tom Kherkher (*pro hac vice application forthcoming*)
TKherkher@EKSM.com
Leigh S. Montgomery (*pro hac vice application forthcoming*)
LMontgomery@EKSM.com
Natischa Volpe (*pro hac vice application forthcoming*)
NVolpe@EKSM.com
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363

*Attorneys for Plaintiffs*
*TED Entertainment, Inc., Matt Fisher, and Golfholics, Inc., each individually and on behalf of all others similarly situated*

4

**<u>ATTESTATION PURSUANT TO CIVIL L.R. 5-1</u>**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.


Dated:  March 30, 2026                                    */s/ Lauren Cury*
                                                                          Lauren Cury