# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED ENTERTAINMENT, INC., et al., | Case No. 5:25-cv-10287-EJD |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING STIPULATED REQUEST TO MODIFY DEADLINES |
| v. | |
| NVIDIA CORPORATION, | Judge: Hon. Edward J. Davila |
| Defendant. | Complaint Filed: November 26, 2025 |

Having read and considered the Stipulated Request Pursuant to Civil Local Rules 6-1 and 6-2 to Modify Deadlines, it is approved, and the following is adopted as the revised schedule for this case:

| Case Management Event | Deadline |
|---|---|
| Deadline for NVIDIA to respond to Plaintiffs' First Amended Complaint | 4/6/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)) | 5/27/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)) | 6/10/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 6/10/2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date:   March 30, 2026

Honorable Edward J. Davila
United States District Judge

1

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO MODIFY DEADLINES; CASE NO. 5:25-cv-10287-EJD