**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNissim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836
Facsimile: (310) 785-4601

**ELLZEY KHERKHER SANFORD
MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice application
forthcoming*)
Tom Kherkher (*pro hac vice application
forthcoming*)
Leigh S. Montgomery (*pro hac vice application
forthcoming*)
Natischa Volpe (*pro hac vice application
forthcoming*)
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com
NVolpe@EKSM.com

*Attorneys for Plaintiffs
Ted Entertainment, Inc., et al.*

**HOGAN LOVELLS US LLP**
Vassi Iliadis (Bar No. 296382)
1999 Avenue of the Stars
Suite 1400 Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5710
lauren.cury@hoganlovells.com
anna.shaw@hoganlovells.com

*Attorneys for Defendant
Nvidia Corporation*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., et al.<br><br>      Plaintiffs,<br><br>  v.<br><br>NVIDIA CORPORATION,<br><br>      Defendant. | Case No. 5:25-cv-10287-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES**<br><br>Judge: Honorable Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Ted Entertainment, Inc. et al. ("Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by and through their counsel, hereby stipulate to modify the case deadlines and amend the Scheduling Order (ECF 5, as modified by ECF 18, 29, and 32), as follows:

WHEREAS, on November 26, 2025, Plaintiffs filed their Complaint in this action (ECF 1);

WHEREAS, on February 23, 2026, NVIDIA filed a Motion to Dismiss that Complaint (ECF 23);

WHEREAS, in response to NVIDIA's Motion to Dismiss, Plaintiffs filed a First Amended Complaint (ECF 30);

WHEREAS, NVIDIA filed a Motion to Dismiss the First Amended Complaint (ECF 33);

WHEREAS, in light of the parties' scheduling conflicts and travel obligations, the Parties conferred and agreed to enlarge Plaintiffs' deadline to file its Opposition to NVIDIA's Motion to Dismiss the First Amended Complaint until May 4, 2026;

WHEREAS, the Parties similarly agreed to enlarge NVIDIA's deadline to file its Reply in support of its Motion to Dismiss the First Amended Complaint until May 25, 2026;

WHEREAS, pursuant to their Stipulation to Modify Rule 26 Deadlines (ECF 28), the Parties likewise agreed to a concomitant extension of those Rule 26 deadlines to accommodate the extended briefing schedule.

NOW, THEREFORE, pursuant to Local Rules 6-1 and 6-2, the Parties stipulate and request, subject to the Court's approval, that the following deadlines and dates be modified as follows:

| **Case Management Event** | **Deadline** | **Proposed Deadline** |
| --- | --- | --- |
| Deadline for Plaintiffs to file their Opposition to NVIDIA's Motion to Dismiss | 4/20/2026 | 5/4/2026 |
| Deadline for NVIDIA to file its Reply in support of its Motion to Dismiss | 4/27/2026 | 5/25/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)) | 5/27/2026 | 6/10/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)) | 6/10/2026 | 6/24/2026 |

| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 6/10/2026 | 6/24/2026 |
|---|---|---|
| Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA | 6/25/2026 at 10:00 am | 7/9/2026 at 10:00 am |

Pursuant to Civil Local Rule 6-2, this stipulation is accompanied by the Declaration of Jarrett L. Ellzey setting forth (1) the reasons for the requested modifications; (2) all previous time modifications in this case; and (3) the effect of the requested modification. A proposed order is also submitted herewith.

WHEREFORE, the Parties jointly request that the above-listed deadlines be modified as set forth herein.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  April 10, 2026          **HEAH BAR-NISSIM LLP**


                               */s/ Rom Bar-Nissim*
                               Rom Bar-Nissim
                               *Attorneys for Plaintiffs TED Entertainment, Inc., et al.*

DATED:  April 10, 2026          **HOGAN LOVELLS US LLP**


                               */s/ Lauren B. Cury*
                               Lauren B. Cury
                               *Attorneys for Defendant NVIDIA Corporation*

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.


Dated: April 10, 2026

**HEAH BAR-NISSIM LLP**

By: */s/ Rom Bar-Nissim*
Rom Bar-Nissim