**HEAH BAR-NISSIM LLP**
Rom Bar-Nissim (Bar No. 293356)
Rom@HeahBarNassim.com
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-90067
Facsimile: (310) 785-4601

**ELLZEY KHERKHER SANFORD MONTGOMERY LLP**
Jarrett Lee Ellzey (*pro hac vice application forthcoming*)
Tom Kherkher (*pro hac vice application forthcoming*)
Leigh S. Montgomery (*pro hac vice application forthcoming*)
Natischa Volpe (*pro hac vice application forthcoming*)
4200 Montrose Street, Suite 200
Houston, TX 77006
Telephone: (713) 244-6363
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com
NVolpe@EKSM.com

*Attorneys for Plaintiffs*
*Ted Entertainment, Inc., et al.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., et al. <br><br> Plaintiffs, <br><br> v. <br><br> NVIDIA CORPORATION, <br><br> Defendant. | Case No. 5:25-cv-10287-EJD <br><br> **DECLARATION OF JARRETT L. ELLZEY IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO MODIFY DEADLINES** <br><br> Judge: Honorable Edward J. Davila <br> Courtroom 4, 5th Floor <br><br> Complaint Filed: November 26, 2025 |

I, Jarrett L. Ellzey, declare as follows:

1.    I am a partner at Ellzey, Kherker, Sanford, and Montgomery LLP. I have personal firsthand knowledge of the facts set forth herein, and if called and sworn as a witness, I could and would testify competently thereto. I submit this declaration in support of the parties' Stipulated Request to Modify Deadlines (the "Stipulation").

2.    On December 4, 2025, the Court issued an Initial Case Management Scheduling Order in this matter, ECF 5, which was later modified by stipulation of the parties and order of the Court on December 18, 2025, ECF 18, February 9, 2026, ECF 22, March 12, 2026, ECF 29, and March 30, ECF 32.

3.    Plaintiffs filed a First Amended Complaint on March 16, 2026. ECF 30.

4.    NVIDIA's deadline to respond to Plaintiffs' First Amended Complaint was initially March 30, 2026, which was later enlarged by stipulation and order of the Court to April 6, 2026.

5.    Following entry and amendment of the Scheduling Order, NVIDIA filed its Motion to Dismiss the First Amended Complaint.

6.    Plaintiffs' deadline to oppose NVIDIA's Motion to Dismiss the First Amended Complaint is currently April 20, 2026.

7.    In light of scheduling conflicts and travel obligations, the parties conferred and agreed to enlarge Plaintiffs' deadline to file its Opposition to NVIDIA's Motion to Dismiss the First Amended Complaint until May 4, 2026.

8.    The Parties similarly agreed to enlarge NVIDIA's deadline to file its Reply in support of its Motion to Dismiss the First Amended Complaint until May 25, 2026.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

9.     Other than as set forth above, there have been no other time modifications in the case. The Parties intend to contact the Courtroom Deputy upon entry of this stipulation to secure a new hearing reservation in light of the revised briefing schedule, and in accordance with the Court's Standing Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 10, 2026                     */s/ Jarrett L. Ellzey*
                                                              Jarrett L. Ellzey