**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, Inc., et al.<br><br>                    Plaintiffs,<br><br>        v.<br><br>NVIDIA CORPORATION,<br><br>                    Defendant. | Case No. 5:25-cv-10287-EJD<br><br>**[PROPOSED] ORDER TO MODIFY DEADLINES**<br><br>Judge: Honorable Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

## [PROPOSED] ORDER

Having read and considered the Stipulated Request Pursuant to Civil Local Rules 6-1 and 6-2 to Modify Deadlines, it is approved, and the following is adopted as the revised schedule for this case:

| Case Management Event | Deadline |
|---|---|
| Deadline for Plaintiffs to file their Opposition to NVIDIA's Motion to Dismiss | 5/4/2026 |
| Deadline for NVIDIA to file its Reply in support of its Motion to Dismiss | 5/25/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (See F.R. Civ. P. 26(f)) | 6/10/2026 |
| Deadline to make initial disclosures (See F.R. Civ. P. 26(a)(1)) | 6/24/2026 |
| Deadline to file Joint Case Management Statement. (See Standing Order for All Judges of the Northern District of California) | 6/24/2026 |
| Initial Case Management Conference: Courtroom 4, 5th Floor, 280 South 1st Street, San Jose, CA | 7/9/2026 at 10:00 am |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____

Honorable Edward J. Davila
United States District Judge