Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*pro hac vice application forthcoming*)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>NVIDIA CORPORATION,<br><br>　　　Defendant. | Case No. 5:25-cv-10287-EJD<br><br>Honorable Edward J. Davila<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:　July 9, 2026<br>Time:　9:00 AM PT<br>Place:　Courtroom 4, 5th Floor<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: March 13, 2026 |

**MEMORANDUM AND POINTS OF AUTHORITIES**

Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc. (collectively, "Plaintiffs") respectfully request that the Court take judicial notice of the following document pursuant to Rule 201 of the Federal Rules of Evidence:

- Memorandum of Points and Authorities in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss, *Lasica v. Am. Online, Inc.*, No. CV-15-4230-GW (C.D. Cal. Aug. 10, 2015), ECF No. 24, attached hereto as **Exhibit A**.

"The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201. The aforementioned document is a publicly available document filed in another court proceeding. Because "[j]udicial notice is properly taken of matters of public record, including court filings and orders from other cases," this document is the proper subject of judicial notice. *Muhammad v. California Dep't of Corr. & Rehab.*, 2024 WL 3012489, at *1 (N.D. Cal. June 14, 2024).

Dated: May 4, 2026

Respectfully submitted,

By: /s/ *Rohit D. Nath*
SUSMAN GODFREY L.L.P
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

2

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*pro hac vice application forthcoming*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*

3

**<ins>CERTIFICATE OF SERVICE</ins>**

I hereby certify this 4th day of May, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record, and is available for viewing and downloading.

/s/ *Rohit D. Nath*

Plaintiffs' Request for Judicial Notice
Case No.: 5:25-cv-10287-EJD