UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ted Entertainment, Inc., et al.   ,

Plaintiff(s),

v.

Nvidia Corporation   ,

Defendant(s).

Case No. 5:25-cv-10287-EJD-SVK

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, __Katherine Wellington__, an active member in good standing of the bar of __Massachusetts__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Nvidia Corporation__ in the above-entitled action. My local co-counsel in this case is __Vassi Iliadis__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: __296382__.

Hogan Lovells US LLP, 555 13th St., NW, Washington, DC 20004
MY ADDRESS OF RECORD

(202) 637-5600
MY TELEPHONE # OF RECORD

katherine.wellington@hoganlovells.com
MY EMAIL ADDRESS OF RECORD

Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 758-4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

vassi.iliadis@hoganlovells.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __688577__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __zero__ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _May 19, 2026_____                                    _Katherine Wellington_____
                                                                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Katherine Wellington_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __May 19, 2026_____

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021                                                     2