Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*pro hac vice application forthcoming*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

(Additional counsel continued on next page)

Vassi Iliadis (Bar No. 296382)
Joe O'Connor (Bar No. 274421)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400 Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
joe.oconnor@hoganlovells.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Danielle Desaulniers Stempel (*pro hac vice forthcoming*)
Casey Magersupp (*pro hac vice forthcoming*)
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5710
lauren.cury@hoganlovells.com
anna.shaw@hoganlovells.com
danielle.stempel@hoganlovells.com
casey.magersupp@hoganlovells.com

(Additional counsel continued on next page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TED ENTERTAINMENT, INC., et al.<br><br>            Plaintiffs,<br><br>   v.<br><br>NVIDIA CORPORATION,<br><br>            Defendant. | Case No. 5:25-cv-10287-EJD<br><br>[PROPOSED] **ORDER TO CONTINUE HEARING AND MODIFY SCHEDULE** *AS MODIFIED*<br>Judge: Honorable Edward J. Davila<br>Courtroom 4, 5th Floor<br><br>Complaint Filed: November 26, 2025 |

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

Katherine B. Wellington (*pro hac vice forthcoming*)
HOGAN LOVELLS US LLP
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
katherine.wellington@hoganlovells.com

Gurtej Singh (Bar No. 286547)
Christine Pinnkathok (Bar No. 353430)
HOGAN LOVELLS US LLP
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
tej.singh@hoganlovells.com
christine.pinnkathok@hoganlovells.com

*Attorneys for Defendant Nvidia Corporation*

STIPULATION AND [PROPOSED] ORDER

**[PROPOSED] ORDER**

Having read and considered the Stipulated Request Pursuant to Civil Local Rules 6-1 and 6-2 to Continue Hearing and Modify Schedule, it is approved, and the following is adopted as the revised schedule for this case:

| Case Management Event | Deadline |
|---|---|
| NVIDIA's reply in support of its Motion to Dismiss | 5/26/2026 |
| Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 7/2/2026 |
| Deadline to make initial disclosures | 7/16/2026 |
| Deadline to file Joint Case Management Statement | 7/13/2026 |
| Hearing on NVIDIA's Motion to Dismiss | 7/23/2026 |
| Initial Case Management Conference | 7/23/2026 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

Dated:    May 21, 2026

Honorable Edward J. Davila
United States District Judge