UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Ted Entertainment, Inc., et al.    ,

Plaintiff(s),

v.

Nvidia Corporation                 ,

Defendant(s).

Case No. 5:25-cv-10287-EJD-SVK

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Casey Magersupp_____, an active member in good standing of the bar of

Washington, D.C._____, hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: Nvidia Corporation_____ in the

above-entitled action. My local co-counsel in this case is Vassi Iliadis_____, an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 296382_____.

Hogan Lovells US LLP, 555 13th St., NW, Washington, DC 20004
MY ADDRESS OF RECORD

(202) 637-5600
MY TELEPHONE # OF RECORD

casey.magersupp@hoganlovells.com
MY EMAIL ADDRESS OF RECORD

Hogan Lovells US LLP, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(310) 758-4600
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

vassi.iliadis@hoganlovells.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 90029716_____.

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _zero___ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 22, 2026                                    Casey Magersupp
                                                       APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Casey Magersupp          is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2