Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*Pro Hac Vice*)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:25-cv-10287-EJD<br><br>Honorable Edward J. Davila<br><br>**PLAINTIFFS' STATEMENT OF RECENT DECISION**<br><br>Date:  July 23, 2026<br>Time:  9:00 AM<br>Place:  Courtroom 4, 5th Floor<br><br>**DEMAND FOR JURY TRIAL**<br><br>Complaint Filed: November 26, 2025 |

## STATEMENT OF RECENT DECISION

Plaintiffs respectfully submit this Statement of Recent Decision pursuant to Civil Local Rule 7-3(d)(2) in connection with their Opposition to NVIDIA's Motion to Dismiss ("Opposition") (ECF 46). Attached as Exhibit A is a true and correct copy of *Justice, et al. v. Uncharted Labs, Inc.*, No. 25 Civ. 5026 (AKH), slip op. (S.D.N.Y. May 21, 2026). In this decision, issued after Plaintiffs filed their Opposition, District Court Judge Alvin K. Hellerstein denied defendant Uncharted Labs, Inc.'s motion to dismiss the putative class plaintiffs' Section 1201(a) claim.

Plaintiffs' Opposition and NVIDIA's Motion to Dismiss (ECF 33) are scheduled for hearing on July 23, 2026.

Dated: June 1, 2026

Respectfully submitted,

By: /s/ *Rohit D. Nath*
SUSMAN GODFREY LLP
Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

1

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*Pro Hac Vice*)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com


*Attorneys for Plaintiffs and the Proposed Class*

2

**CERTIFICATE OF SERVICE**

I hereby certify this 1st day of June, 2026, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to the attorneys of record, and is available for viewing and downloading.

/s/ *Rohit D. Nath*