**HOGAN LOVELLS CADWALADER US LLP**
Vassi Iliadis (Bar No. 163450)
Joe O'Connor (Bar No. 274421)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com
joe.oconnor@hlc.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Danielle Desaulniers Stempel (*pro hac vice*)
Casey Magersupp (*pro hac vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
lauren.cury@hlc.com
anna.shaw@hlc.com
danielle.stempel@hlc.com
casey.magersupp@hlc.com

Katherine B. Wellington (*pro hac vice*)
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
katherine.wellington@hlc.com

Gurtej Singh (Bar No. 286547)
Christine Pinnkathok (Bar No. 353430)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
tej.singh@hlc.com
christine.pinnkathok@hlc.com

*Attorneys for Defendant NVIDIA Corporation*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| TED ENTERTAINMENT, Inc., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No.: 5:25-CV-10287-EJD-SVK<br>**NOTICE OF FIRM NAME CHANGE AND UPDATED ATTORNEY CONTACT INFORMATION**<br><br>Judge: Hon. Edward J. Davila<br>Courtroom: 4, 5th Floor<br>Complaint Filed: November 26, 2025 |

NOTICE OF FIRM NAME CHANGE AND UPDATED ATTORNEY CONTACT INFORMATION; CASE NO. 5:25-CV-10287-EJD-SVK

**PLEASE TAKE NOTICE** of a law firm name change and updated contact information for the following counsel for Defendant NVIDIA Corporation:

**HOGAN LOVELLS CADWALADER US LLP**
Vassi Iliadis
Joe O'Connor
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com
joe.oconnor@hlc.com

Lauren B. Cury (*Pro Hac Vice*)
Anna Kurian Shaw (*Pro Hac Vice*)
Danielle Desaulniers Stempel (*Pro Hac Vice*)
Casey Magersupp (*Pro Hac Vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
lauren.cury@hlc.com
anna.shaw@hlc.com
danielle.stempel@hlc.com
casey.magersupp@hlc.com

Katherine B. Wellington (*pro hac vice*)
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
katherine.wellington@hlc.com

Gurtej Singh
Christine Pinnkathok
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
tej.singh@hlc.com
christine.pinnkathok@hlc.com

1

NOTICE OF FIRM NAME CHANGE AND UPDATED ATTORNEY CONTACT INFORMATION; CASE NO. 5:25-CV-10287-EJD-SVK

Dated: July 3, 2026                    Respectfully submitted,


By: */s/ Lauren Cury*

**HOGAN LOVELLS CADWALADER US LLP**
Vassi Iliadis (Bar No. 163450)
Joe O'Connor (Bar No. 274421)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hlc.com
joe.oconnor@hlc.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Danielle Desaulniers Stempel (*pro hac vice*)
Casey Magersupp (*pro hac vice*)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
lauren.cury@hlc.com
anna.shaw@hlc.com
danielle.stempel@hlc.com
casey.magersupp@hlc.com

Katherine B. Wellington (*pro hac vice*)
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
katherine.wellington@hlc.com

Gurtej Singh (Bar No. 286547)
Christine Pinnkathok (Bar No. 353430)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
tej.singh@hlc.com
christine.pinnkathok@hlc.com

*Attorneys for Defendant*
*NVIDIA CORPORATION*

2