Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*Pro Hac Vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

TED ENTERTAINMENT, INC., MATT FISHER, GOLFHOLICS, INC., each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

NVIDIA CORPORATION,

Defendant.

Case No. 5:25-cv-10287-EJD

Honorable Edward J. Davila

**PLAINTIFFS' OPPOSITION TO RELATING CASES**

Pursuant to Civil Local Rules 3-12(c) and 3-12(e), Plaintiffs Ted Entertainment, Inc., Matt Fisher, and Golfholics, Inc., (collectively "Plaintiffs") submit this statement in opposition to relating the cases in response to the Referral for Purpose of Determining Relationship, Dkt. 76, which referred *Ted Entertainment, Inc. v. Meta Platforms, Inc.*, No. 4:25-cv-10931, to this Court for consideration of whether the Meta case is related to *Ted Entertainment, Inc. v. Nvidia Corp.*, No. 5:25-cv-10287.

Under Local Rule 3-12(a), actions are related when (1) they "concern substantially the same parties, property, transaction, or event"; and (2) "[i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

The first requirement is not satisfied here. The actions involve different defendants—NVIDIA and Meta. Furthermore, the actions address different transactions and events. This action involves NVIDIA's circumvention of YouTube's access controls to obtain videos to, among other things, train its Cosmos model. Dkt. 30 (Compl.) ¶ 1. The Meta case involves allegations that Meta circumvented YouTube's access controls to train a different set of artificial intelligence models. Though both cases involve the same cause of action (violations of 17 U.S.C. § 1201(a)), and some of the same overlapping intellectual property (i.e., copyrighted YouTube videos), there is no allegation that NVIDIA colluded or coordinated their conduct. Because these two separate complaints allege that two separate defendants independently acted to violation 17 U.S.C. § 1201(a), relation is not appropriate here. *See, e.g., Cambronne, Inc. v. Anthropic PBC*, 2026 WL 1700561, at *1–2 (N.D. Cal. June 8, 2026) (severing claims by same individual plaintiffs against different AI companies because "[e]ach defendant trained on a mixture of different data repositories at different times" which "would not be enough for the Court to find a common transaction or occurrence").

Dated: August 31, 2026

Respectfully submitted,

By: /s/ *Rohit D. Nath*
SUSMAN GODFREY LLP
Rohit D. Nath (SBN 316062)

Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson *(Pro Hac Vice)*
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*Pro Hac Vice*)
ELLZEY KHERKHER SANFORD
MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

*Attorneys for Plaintiffs and the Proposed Class*