Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*pro hac vice*)
Tom Kherkher (*pro hac vice*)
Leigh S. Montgomery (*pro hac vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson *(pro hac vice*)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

(Additional counsel continued on next page)

HOGAN LOVELLS CADWALADER US LLP
Vassi Iliadis (Bar No. 163450)
Joe O'Connor (Bar No. 274421)
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 785-4600
vassi.iliadis@hlc.com
joe.oconnor@hlc.com

Lauren B. Cury (*pro hac vice*)
Anna Kurian Shaw (*pro hac vice*)
Danielle Desaulniers Stempel (*pro hac vice*)
Casey Magersupp (pro hac vice)
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
lauren.cury@hlc.com
anna.shaw@hlc.com
danielle.stempel@hlc.com
casey.magersupp@hlc.com

Katherine B. Wellington (*pro hac vice*)
125 High Street, Suite 2010
Boston, MA 02110
Telephone: (617) 702-7747
katherine.wellington@hlc.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

TED ENTERTAINMENT, INC., et al.

Plaintiffs,

v.

NVIDIA CORPORATION,

Defendant.

Case No. 5:25-cv-10287-EJD

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING SUBMISSION OF REVISED CASE SCHEDULES**

Judge: Honorable Edward J. Davila
Courtroom 4, 5th Floor

Complaint Filed: November 26, 2025

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

Gurtej Singh (Bar No. 286547)
Christine Pinnkathok (Bar No. 353430)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
tej.singh@hlc.com
christine.pinnkathok@hlc.com

*Attorneys for Defendant Nvidia Corporation*

Pursuant to Civil Local Rule 7-12, Plaintiffs Ted Entertainment, Inc. et al. ("Plaintiffs") and Defendant NVIDIA Corporation ("NVIDIA") (collectively, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on April 6, 2026, NVIDIA filed a Motion to Dismiss Plaintiffs' First Amended Complaint (ECF 33) (the "Motion to Dismiss"), which remains pending;

WHEREAS, on July 3, 2026, NVIDIA filed a Motion to Stay Discovery pending resolution of the Motion to Dismiss (ECF 62) (the "Motion to Stay"), which remains pending;

WHEREAS, on July 13, 2026, the Parties filed their Joint Case Management Statement, which set forth the Parties' proposed case schedules (ECF 64);

WHEREAS, at the Initial Case Management Conference held on July 23, 2026, the Court provided guidance that the Parties should meet and confer regarding limited discovery while the Motion to Dismiss is pending;

WHEREAS, consistent with the Court's guidance, the Parties are meeting and conferring, and are making good faith efforts to reach agreement on a limited scope of discovery while the Motion to Dismiss is pending, as well as appropriate Protective and ESI orders;

WHEREAS, notwithstanding those efforts, significant discovery in this action remains to be completed, and the Parties anticipate that discovery will require more time than contemplated by the schedules proposed in the Parties' Joint Case Management Statement filed on July 13, 2026, necessitating extending those deadlines;

WHEREAS, while the Parties agree that the schedule should be extended, they believe it would promote efficiency to propose specific revised deadlines after the Court rules on the Motion to Dismiss, as the Court's ruling may affect the scope of the case and of discovery;

WHEREAS, this stipulation is not made for purposes of delay;

NOW, THEREFORE, the Parties stipulate and request, subject to the Court's approval, that within fourteen (14) days of the Court's order on the Motion to Dismiss, the Parties shall confer and submit revised proposed case schedules.

WHEREFORE, the Parties jointly request that the Court enter the proposed order submitted herewith.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: October 26, 2026

**SUSMAN GODFREY L.L.P.**

*/s/ Rohit D. Nath*
Rohit D. Nath
*Attorneys for Plaintiffs Ted Entertainment, Inc., et al.*

DATED: October 26, 2026

**HOGAN LOVELLS CADWALADER US LLP**

*/s/ Lauren B. Cury*
Lauren B. Cury
*Attorneys for Defendant NVIDIA Corporation*

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, the filer of this document, attest that all signatories have concurred in the filing of this document.

Dated: October 26, 2026

**SUSMAN GODFREY L.L.P.**

By: *_/s/ Rohit D. Nath_*
Rohit D. Nath

**[PROPOSED] ORDER**

Having read and considered the Parties' Joint Stipulation Regarding Submission of Revised Case Schedules, and good cause appearing, the stipulation is approved. Within fourteen (14) days of the Court's order on NVIDIA's Motion to Dismiss (ECF 33), the Parties shall confer and submit revised proposed case schedules, as necessary.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ________________________

________________________________
Honorable Edward J. Davila
United States District Judge