Rom Bar-Nissim (SBN 293356)
Rom@HeahBarNissim.com
HEAH BAR-NISSIM LLP
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 432-2836

Jarrett Lee Ellzey (*Pro Hac Vice*)
Tom Kherkher (*Pro Hac Vice*)
Leigh S. Montgomery (*Pro Hac Vice*)
ELLZEY KHERKHER SANFORD MONTGOMERY LLP
4200 Montrose Street, Suite 200
Houston, TX 77006
JEllzey@EKSM.com
TKherkher@EKSM.com
LMontgomery@EKSM.com

Rohit D. Nath (SBN 316062)
Michael Gervais (SBN 330731)
Samantha Frazier (SBN 359803)
SUSMAN GODFREY L.L.P
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com
MGervais@susmangodfrey.com
SFrazier@susmangodfrey.com

Max L. Tribble, Jr. (SBN 326851)
Justin A. Nelson (*Pro Hac Vice*)
SUSMAN GODFREY L.L.P
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
MTribble@susmangodfrey.com
JNelson@susmangodfrey.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

TED ENTERTAINMENT, INC. and MATT FISHER, each individually and on behalf of all others similarly situated,

Plaintiffs,

vs.

NVIDIA CORPORATION,

Defendant.

Case No. 5:25-cv-10287-EJD

Honorable Edward J. Davila

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION AFTER NOTICED HEARING DATE**

Plaintiffs filed an Unopposed Administrative Motion for Leave to File Statement of Recent Decisions After Noticed Hearing Date ("Administrative Motion") with this Court on October 8, 2026.

Having considered the papers and pleadings on file, and good cause appearing therefor, the Court hereby GRANTS Plaintiffs' Unopposed Administrative Motion for Leave to File Statement of Recent Decision After Noticed Hearing Date.

**IT IS SO ORDERED.**

Dated: November 19, 2026

Edward J. Davila
United States District Judge